## CFTC v. THEYE

### FINAL ACCOUNTING

**RECEIVER'S RECOVERIES:**                                                     $1,184,178.47

| | |
|---|---|
| Gunnarson, Christi | $14,970.83 |
| Lee, Dr. Harold G. | $400,000.00 |
| Chough, Karen | $570,000.00 |
| Teofilo, Cometa | $1,343.68 |
| Estremo, Ciro & Doreen M. | $6,071.06 |
| Villanueva, Ferdinand | $10,115.91 |
| Cruz, Leticia Ruiz De | $7,000.00 |
| Allen Trust, DTD | $60,000.00 |
| Hauso, Michael | $6,773.18 |
| Hain, Darlene | $6,550.00 |
| Rowlands, Josh/Jennifer | $3,500.00 |
| Storieum, Joshua | $2,500.00 |
| LeBrun, Eugene | $15,000.00 |
| Wassmuth, Don | $2,000.00 |
| Park, Audrey/Lynn | $2,000.00 |
| Sullivan, Karin | $2,250.00 |
| Gomez, Jose/Leticia | $1,500.00 |
| Jorge Jiminez | $2,771.22 |
| Leonie Batac, | $3,250.000 |
| Jovylen Co-Bermejo, | $275.00 |
| Famisaran, Aldrich | $1,000.00 |
| DeMola, Angel | $6,000.00 |


EXHIBIT B

| | | |
|---|---|---|
| Rodman, Dave | $15,802.50 | (Withheld from distribution) |
| Clerk of Court | $43,406.05 | (Proceeds from sale of Theye house) |
| Wells Fargo Bank | $99.04 | (Theye's children accounts) |

**ADMINISTRATIVE EXPENSES:**                                                    $135,219.83

    RECEIVER'S FEES

        August 27, 2010 to June 25, 1011              $48,720.00

    RECEIVER'S EXPENSES

        August 27, 2010 to June 25, 2011              $ 2,412.98

    RECEIVER'S ATTORNEYS FEES

        August 27, 2010 to June 25, 2011              $62,569.00

    RECEIVER'S ATTORNEYS' EXPENSES

        August 27, 2010 to June 25, 2011              $14,899.08

    RECEIVER'S ACCOUNTING FEES

        August 27, 2010 to June, 2011                 $5,450.00

    RECEIVER'S ACCOUNTING EXPENSES

        August 27, 2010 to June, 2011                 $1,168.77

**DISTRIBUTION TO INVESTORS:**                                                  $1,000,000.00

**PAYMENT TO THEYE'S CHILDREN:**                                                $99.04

**BALANCE:**                                                                    $48,859.60

**NET BALANCE OF CASH ON HAND**                                                 $48,859.57

**Difference:**                                                                 ($0.03)