**CFTC v. THEYE**

**ESTIMATED CLOSING COSTS AND EXPENSES**

**RECEIVER:**

Complete the preparation and filing of the Receiver's closing petition; provide information to accountants for preparing and filing tax return; monitor collection of settlements; assign judgments; assign settlement agreements; pay approved receivership expenses; review, approve, and execute final tax return for receivership; respond to investor inquiries; supervise storage and retention of documents related to receivership; and close receiver's bank account.

7 hours x $280.00 = $1,960

**RECEIVER'S ATTORNEYS SCHEEF & STONE:**

Assist Receiver with tasks set forth above; obtain stipulated judgment from bankruptcy court in Famisaran matter that secures settlement agreement; monitor and assist in collection of settlement monies; respond to investor inquiries; provide information required by accountants; assist in gathering documents related to receivership and putting same in storage.

7 hours x $275.00 = $1,925
Storage expense and other miscellaneous expenses: $115

**RECEIVER'S ACCOUNTANTS:**

Prepare and file tax return for receivership estate: $2,500

**TOTAL CLOSING FEES AND EXPENSES: $6,500**

EXHIBIT
tabbies
C