IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:10-cv-00385-SS |
| v. | § § | |
| RICHARD D. THEYE; and MICIND CAPITAL MANAGEMENT, INC. | § § § § | |
| Defendants. | § § | |

## ORDER APPROVING RECEIVERSHIP FEES AND EXPENSES

The *Receiver's Motion for Approval of Receivership Fees and Expenses*, having been considered by the Court, the Court having noted the pleadings on file and that the United States Commodity Futures Trading Commission is not opposed to the relief sought in the motion, the Court finds that the Receiver's Motion is well taken, no objections are filed and should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED the Receiver is authorized to pay from the Receivership Assets now existing or hereafter acquired:

(a) The amount of $10,010.00 in fees to Kelly M. Crawford for services rendered from June 26, 2011 through March 25, 2012;

(b) The amount of $37,790.50 in fees and $10,742.41 in expenses to Scheef & Stone, LLP for services rendered from June 26, 2011 through March 25, 2012; and

(c)     The amount of $270 in fees and $22.01 in expenses to Warfield & Company, CPA's, the Receiver's accountant, for services rendered for the month of September, 2011.

SO ORDERED.

Signed this __3rd__ day of ~~April~~ May, 2012.

                                                  *Sam Sparks*
                              UNITED STATES DISTRICT COURT JUDGE