**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 1:10-cv-00385-SS** |
| **v.** | § § | |
| **RICHARD D. THEYE; and MICIND CAPITAL MANAGEMENT, INC.** | § § § | |
| **Defendants.** | § § § | |

## RECEIVER'S ANNUAL ACCOUNTING OF DISBURSEMENTS

TO:    UNITED STATES DISTRICT COURT CLERK:

Kelly M. Crawford, as the court-appointed Receiver, submits the following annual accounting of disbursements for 2014, respectfully showing as follows:

1.    Pursuant to the Amended Final Judgment entered against Defendant Richard Donald Theye on January 24, 2011 in *United States of America v. Richard Donald Theye,* Criminal No. A-10-CR-346 [Docket No. 44], with respect to Defendant Theye's restitution obligation, the judgment provides that: "The Receiver shall make and file with the United States District Court Clerk in Austin, Texas an annual accounting of all disbursements of funds collected by the Receiver in the CFTC action and disburse[d] to the Victims, with the first such accounting due on or before January 2, 2012."

2.    On December 20, 2011 [Docket No. 78] the Receiver filed his first accounting. On May 4, 2012, the Court entered an Order approving the Receiver's final accounting [Docket No. 85]. Since that time there have been no further distributions to the Victims. However, the

Receiver continued to collect settlement payments from Aldrich Famisaran and Angel DeMola totaling $10,521.93 that were deposited into the receivership account. In addition, the Receiver received a payment in full of $1,105.81 for a judgment obtained against Sergio Ruiz. These monies were deposited into the trust account of the Receiver's law firm. On January 15, 2015, the Receiver tendered a check to the Clerk of the United States District Court for the Western District of Texas in the amount of $11,627.74, representing all monies in possession or control of the Receiver. In addition, the Receiver assigned the unsatisfied settlement agreements and judgments payable to the Clerk. By letter dated January 15, 2015 the Receiver directed obligors under the settlement agreements to make all future settlement payments to the Clerk. Accordingly, the Receiver closed the receivership account and does not anticipate receiving any future sums in this action.

Respectfully submitted January 15, 2015.

**RECEIVER KELLY M. CRAWFORD**

*/s/ Kelly M. Crawford*
Kelly M. Crawford, Receiver
State Bar No. 05030700

Scheef & Stone, LLP
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214.706.4200
Telecopier: 214.706.4242

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2015, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

James W. Deacon
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tele: 202-418-5000
Fax:  202-418-5531
Email: JDeacon@cftc.gov
*Attorneys for CFTC*

Charlene C. Koonce
Scheef & Stone, L.L.P.
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Tele: 214-706-4200
Fax: 214-706-4242
Email: Charlene.Koonce@SolidCounsel.com
*Attorneys for Receiver*

I further certify that on this 15th day of January, 2015, I served a true and correct copy of the foregoing by sending it by electronic mail or first class mail to the persons listed below:

Kathleen M. Banar
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tele: 202-418-5000
Fax:  202-418-5531
Email: KBanar@cftc.gov
**Attorneys for CFTC**

Kathi West
Assistant US Attorney
United States Attorney's Office
Western District of Texas, Austin Division
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Email: Kathi.West@usdoj.gov

Mark Lane
Senior Litigation Counsel
United States Attorney's Office
Western District of Texas, Austin Division
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Email: Mark.Lane@usdoj.gov

Jessee Shifflett
United States Probation Office
Western District of Texas, Austin Division
903 San Jacinto Boulevard, Suite 121
Austin, Texas 78701
Email: Jessee_Shifflett@txwp.uscourts.gov

William C. McMurrey, Esq.
Bracewell & Giuliani, LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Email: Bill.McMurrey@bgllp.com
**Criminal Attorney for Theye**

Richard D. Theye
Lompoc FCI
Inmate # 62095-280
3600 Guard Road
Lompoc, CA 93436
Email: rtheye@gmail.com
**PRO SE**
**Via First Class Mail**

/s/ Kelly M. Crawford
KELLY M. CRAWFORD